**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Gerardo S.,                                                  Case No. 26-cv-1577 (MJD/LIB)

        Petitioner,

v.                                                                      **ORDER**

Sherburne County Sheriff; U.S. Immigration
and Customs Enforcement, ICE; and ICE
Field Office Director,

        Respondents.

Pursuant to a general assignment made in accordance with 28 U.S.C. § 636, this matter comes before the undersigned United States Magistrate Judge upon Petitioner Gerardo S.'s Petition for a writ of habeas corpus. [Docket No. 1].

Having reviewed the Petition, **IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Gerardo S. within fourteen days of this order certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

c.     Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.     If Petitioner intends to file a reply to respondents' answer, he must do so within seven days of the date when the answer is filed.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: March 11, 2026                s/Leo I. Brisbois
                                       Hon. Leo I. Brisbois
                                       United States Magistrate Judge