**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Gerardo S.,

               Petitioner,

v.

Sherburne County Sheriff; U.S. Immigration
and Customs Enforcement, ICE; and ICE
Field Office Director,

               Respondents.

Case No. 26-cv-1577 (MJD/LIB)

**ORDER**

On April 1, 2026, the Petitioner filed a Motion for Enlargement of Time [Docket No. 5], requesting an extension of time to file his reply.  The Court granted the request [Docket No. 6]. On April 8, the Petitioner filed a second Motion for Enlargement of Time [Docket No. 7] requesting the same relief, and on April 9, 2026, the Petitioner filed a Motion to Grant Habeas Petition [Docket No. 8].   The Petitioner advises that he has not yet received by mail the Respondent's response filed on March 25, 2026, and therefore, he is unable to file his reply.  Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1.     The Petitioner's second Motion for Enlargement of Time [Docket No. 7] is **GRANTED**;

2.     The Petitioner's Motion to Grant Habeas Petition [Docket No. 8] is **DENIED without prejudice** as premature; and

2.     The Petitioner shall have until April 24, 2026, to file his reply.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

2

Dated: April 9, 2026                              s/Leo I. Brisbois
                                                  Hon. Leo I. Brisbois
                                                  United States Magistrate Judge