# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Gerardo S.-A.,

              Petitioner,

v.

Sherburne County Sheriff, et al.,

              Respondents.

**Civil File No. 26-01577 (MJD/LIB)**

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DISMISSING PETITION**

Gerardo S.-A., Petitioner, pro se.

David W. Fuller, Assistant United States Attorney, Counsel for Respondents.

This matter is before the Court on Petitioner Gerardo S.A.'s Emergency Motion for Temporary Restraining Order ("TRO"), Access to Courts, Return to District, and Stay of Deportation. (Doc. 17.) Petitioner is currently in removal proceedings and has been transferred to El Paso, Texas so that Federal Respondents can complete his removal to Mexico. Petitioner has been subject to a final order of removal from at least as long ago as 2023, when he was in pretrial proceedings for a drug offense in this District. See United States v. Sanchez-Acuna, Criminal File No. 22-00335 (DWF/DJF) (Docket No. 68 at 2 (D. Minn.

1

June 28, 2023)). He was taken into ICE custody on January 25, 2026, the day he completed serving his federal sentence for his drug offense. (Doc. 1.)

Petitioner's Motion for a TRO and his Petition for a Writ of Habeas Corpus both rely on facts and legal arguments raised in his first Petition for a Writ of Habeas Corpus that was denied by the Honorable Paul A. Magnuson on February 18, 2026. See Gerardo Sanchez-Acuna v. Warden of Sherburn Cnty. Jail, Civil File No. 26-1264 (PAM/DLM) (Docket No. 5 (order denying petition and dismissing case) (D. Minn. Feb. 18, 2026))) [hereinafter Sanchez-Acuna I].

No judge "shall be required to entertain" any habeas action "if it appears that the legality of such detention has been determined . . . on a prior application for a writ of habeas corpus." 28 U.S.C. § 2244(a). Because Judge Magnuson's order was issued just over a month ago and no facts, other than Petitioner's transfer to Texas, appear to have changed in this case, the Court holds that Judge Magnuson's order in Sanchez-Acuna I has preclusive effect as to the issues in this case. Petitioner is still in ICE custody "awaiting removal from the United States," just as he was in February; he is just now in El Paso, the staging area for ICE removals to Mexico. See Sanchez-Acuna I at 1.

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED**

1. Petitioner Gerardo S.A.'s Emergency Motion for Temporary Restraining

   Order, Access to Courts, Return to District, and Stay of Deportation

   **[Doc. 17]** is **DENIED**;

2. Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED**;

   and

3. Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED**

   **without prejudice**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 5, 2026                              s/Michael J. Davis
                                                 Michael J. Davis
                                                 United States District Court