# UNITED STATES DISTRICT COURT

## District of Minnesota

Gerardo Sanchez-Acuna

**JUDGMENT IN A CIVIL CASE**

Petitioner(s),

v.

Case Number: 26-cv-01577-MJD-LIB

Sherburne County Sheriff, U.S. Immigration
and Customs Enforcement, ICE Field Office
Director

Respondent(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Gerardo S.A.'s Emergency Motion for Temporary Restraining Order, Access to Courts, Return to District, and Stay of Deportation **[Doc. 17]** is **DENIED**;

2. Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED**; and

3. Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

Date: 5/6/2026

KATE M. FOGARTY, CLERK